**FILED**

**FEBRUARY 8, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION**

**08 C 867**

DAVID K. LOWMAN and, LORETTA LOWMAN,

Plaintiffs,

vs.

JEFFREY C. WICK, Individually and as an
Agent of ARAMARK SERVICES, INC.,
A Delaware Corporation; ARAMARK CLEANROOM
SERVICES, INC., A Delaware Corporation; ARAMARK
CLEANROOM SERVICES, LLC, A Delaware LLC,
ARAMARK CORPORATION, A Delaware Corporation,
ARAMARK DISTRIBUTION SERVICES, INC., An Illinois
Corporation;  ARAMARK  EVS, LLC, A Delaware LLC;
ARAMARK EXECUTIVE MANAGEMENT SERVICES
USA, INC., A Delaware Corporation; ARAMARK FACILITY
SERVICES, INC., A Maryland Corporation; ARAMARK
FACILITY SERVICES, LLC, A Delaware LLC; ARAMARK
FHC, LLC, A Delaware LLC; ARAMARK FOOD SERVICE
CORPORATION, A Delaware Corporation, ARAMARK
FOOD AND SUPPORT SERVICES GROUP, INC., A
Delaware Corporation; ARAMARK HEALTHCARE
SUPPORT SERVICES, INC., A Delaware Corporation;
ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, A
Delaware LLC; ARAMARK INDUSTRIAL SERVICES INC.,
A Delaware Corporation; ARAMARK CORPORATION, A
Delaware Corporation; ARAMARK SERVICES
MANAGEMENT OF IL, INC.,  An Illinois Corporation;
ARAMARK SM MANAGEMENT SERVICES, INC.,
A Delaware Corporation; ARAMARK UNIFORM &
CAREER APPAREL, INC., A Delaware Corporation;
ARAMARK UNIFORM & CAREER APPAREL, LLC,
A Delaware LLC;

Defendants,

**JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ**

No.:

**NOTICE OF REMOVAL**

Defendant, ARAMARK Uniform & Career Apparel LLC ("ARAMARK"), incorrectly sued

-1-

herein as ARAMARK CLEANROOM SERVICES, INC., A Delaware Corporation; ARAMARK
CLEANROOM SERVICES, LLC, A Delaware LLC, ARAMARK CORPORATION, A Delaware
Corporation, ARAMARK DISTRIBUTION SERVICES, INC., An Illinois Corporation;
ARAMARK   EVS, LLC, A Delaware LLC; ARAMARK EXECUTIVE MANAGEMENT
SERVICES USA, INC., A Delaware Corporation; ARAMARK FACILITY SERVICES, INC., A
Maryland Corporation; ARAMARK FACILITY SERVICES, LLC, A Delaware LLC; ARAMARK
FHC, LLC, A Delaware LLC; ARAMARK FOOD SERVICE CORPORATION, A Delaware
Corporation, ARAMARK FOOD AND SUPPORT SERVICES GROUP, INC., A Delaware
Corporation; ARAMARK HEALTHCARE SUPPORT SERVICES, INC., A Delaware Corporation;
ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, A Delaware LLC; ARAMARK
INDUSTRIAL SERVICES INC., A Delaware Corporation; ARAMARK CORPORATION,
ADelaware Corporation; ARAMARK SERVICES MANAGEMENT OF IL, INC., An Illinois
Corporation; ARAMARK SM MANAGEMENT SERVICES, INC., A Delaware Corporation;
ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation; ARAMARK
UNIFORM & CAREER APPAREL, LLC, A Delaware LLC by its attorneys, Pretzel & Stouffer,
Chtd, hereby gives notice pursuant to 28 U.S.C.§ 1441 of its intention to remove this civil action
from the Circuit Court of Cook County, Illinois, County Department, Law Division, to this Court.
ARAMARK states as follows:

    1.     On January 11, 2008, plaintiffs filed a civil action in the Circuit Court of Cook
County, Illinois, County Department, Law Division, Case No. 2008-L-000340, entitled *"David
Lowman and Loretta Lowman v. Jeffrey Wick, Individiually and as an Agent of ARAMARK Services,
Inc. et al "*. A Copy of the Complaint is attached hereto as Exhibit 1. The Circuit Court docket is

attached hereto as Exhibit 2.

2.    ARAMARK removes this matter pursuant to 28 U.S.C. § 1441 and § 1446. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 on the basis that there is complete diversity of citizenship between the parties, and the amount in controversy is in excess of $75,000.

## CITIZENSHIP OF THE PARTIES

3.    The only proper ARAMARK entity as it relates to the facts alleged in plaintiffs' complaint is ARAMARK Uniform & Career Apparel LLC.  See the affidavit of Vincent de Pillis attached hereto as Exhibit 3.

4.    Plaintiff agreed on February 8, 2008 to dismiss all ARAMARK corporate entities named in the complaint except for ARAMARK Uniform & Career Apparel LLC, a Delaware LLC, in exchange for ARAMARK Uniform & Career Apparel LLC 's waiver of service.  See the correspondence confirming the agreement attached hereto as Exhibit 4.

5.    ARAMARK Uniform & Career Apparel LLC, is a Delaware limited liability corporation with its principal place of business in Burbank, California.

6.    The only member of ARAMARK Uniform & Career Apparel, LLC is ARAMARK Uniform & Career Apparel Group, Inc. ARAMARK Uniform & Career Apparel Group, Inc. is a Delaware Corporation.

7.    Jeffrey C. Wick is a resident of Iowa.

8.    The Plaintiffs are residents of Illinois. See the attached Westlaw search marked as Exhibit 5. See the request to admit mailed to Plaintiff's counsel on February 8, 2008 marked as Exhibit 6.

9.    Complete diversity of citizenship exists between the parties, pursuant to 28 U.S.C. § 1332.

## AMOUNT IN CONTROVERSY

10.    The Plaintiff, David Lowman, sustained a fractured arm and several facial fractures requiring several surgeries allegedly as a result of the occurrence in plaintiffs' complaint. David Lowman's medical specials are at least $100,000.

11.    This Defendant mailed a request to admit upon the plaintiffs on February 8, 2008 regarding the amount in controversy. The response time for the plaintiffs to respond to the request to admit has not yet expired. See the request to admit served on Plaintiff's counsel on February 8, 2008 marked as Exhibit 6.

## PROCEDURAL REQUIREMENTS

12.    The Notice of Removal is timely because it was filed within one year of the filing of the underlying state court action (January 11, 2008), and it was filed within thirty days of the filing of the Complaint pursuant to 28 U.S.C. §1446(b).

13.    This Notice of Removal is filed in the United States District Court for the Northern District of Illinois, Eastern Division, which is the district and division in which the State action is pending.

14.    A true and correct copy of this Notice will be filed with the Circuit Court of Cook County, Illinois, County Department, Law Division promptly after filing of this Notice, as is required by law.

WHEREFORE, ARAMARK Uniform & Career Apparel LLC,  prays that this action be

-4-

removed from the Circuit Court of Cook County, Illinois, County Department, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, and proceed forthwith.

**Dated:**     **February 8, 2008**

Respectfully submitted,

ARAMARK Uniform &  Career Apparel LLC,

By:     **s/Kim H. Heffernan**

Kim H. Heffernan, one of the attorneys for the Defendant.

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# Certificate of Service

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# Certificate of Service

The undersigned hereby certifies that the following documents were filed this 8th day of February, 2008.

1.      Defendant's Notice of Removal with six (6) attachments;

2.      Certificate of Service;

2.      Civil Cover Sheet;

3.      Attestation; and

4.      Appearances on behalf of the Defendant, ARAMARK UNIFORM & CAREER

APPAREL, LLC, a Delaware limited liability corporation;

This Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and/or mail/UPS.  Parties may access this filing through the Court's electronic system.

Howard Ankin
Ankin Law Offices, LLC
162 W. Grand Avenue
Chicago, IL 60610
Telephone:     (312) 346-8780

                                              S/Kim M. Heffernan
                                            Edward H. Nielsen/Bar No.: 0252296
                                            enielsen@pretzel-stouffer.com
                                            Kim M. Heffernan/Bar No.:  6209445
                                            kheffernan@pretzel-stouffer.com
                                            PRETZEL & STOUFFER, CHARTERED
                                            *Attorneys for Defendant*
                                            One South Wacker Drive, Suite 2500
                                            Chicago, Illinois  60606-4673
                                            Telephone:     (312)346-1973
                                            Facsimile:      (312) 346-8242