**08 C 867**

# Exhibit 1
# Plaintiff's
# Complaint at Law

**JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ**

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

DAVID K. LOWMAN and,                    )
LORETTA LOWMAN                          )
                                        )
              Plaintiffs,               )
                                        )
vs.                                     )          No:
                                        )
JEFFREY C. WICK, Individually and as an )
Agent of ARAMARK SERVICES, INC., A     )
Delaware Corporation; ARAMARK          )
CLEANROOM SERVICES, INC., A            )
Delaware Corporation; ARAMARK          )
CLEANROOM SERVICES, LLC, A             )
Delaware LLC; ARAMARK                  )
CORPORATION, A Delaware Corporation; )
ARAMARK DISTRIBUTION SERVICES,         )
INC., An Illinois Corporation; ARAMARK )
EVS, LLC, A Delaware LLC; ARAMARK       )
EXECUTIVE MANAGEMENT SERVICES          )
USA, INC., A Delaware Corporation;     )
ARAMARK FACILITY SERVICES, INC., A     )
Maryland Corporation; ARAMARK          )
FACILITY SERVICES, LLC, A Delaware     )
LLC; ARAMARK FHC, LLC, A Delaware      )
LLC; ARAMARK FOOD SERVICE             )
CORPORATION, A Delaware Corporation; )
ARAMARK FOOD AND SUPPORT               )
SERVICES GROUP, INC., A Delaware       )
Corporation; ARAMARK HEALTHCARE        )
SUPPORT SERVICES, INC., A Delaware     )
Corporation; ARAMARK HEALTHCARE        )
SUPPORT SERVICES, LLC, A Delaware      )
LLC; ARAMARK INDUSTRIAL SERVICES, )
INC., A Delaware Corporation; ARAMARK )
CORPORATION, A Delaware Corporation; )
ARAMARK SERVICES MANAGEMENT OF)
IL, INC., An Illinois Corporation;     )
ARAMARK SM MANAGEMENT                  )
SERVICES, INC., A Delaware Corporation; )
ARAMARK UNIFORM & CAREER               )
APPAREL, INC., A Delaware Corporation; )
ARAMARK UNIFORM & CAREER               )
APPAREL, LLC, A Delaware LLC;          )

2008L000340
CALENDAR/ROOM E
TIME 00:00
PI Motor Vehicle

1

ARAMARK UNIFORM SERVICES II, INC., )
A Missouri Corporation; ARAMARK )
UNIFORM & CAREER APPAREL, INC., )
A Delaware Corporation; ARAMARK )
UNIFORM SERVICES (MIDWEST) LLC, )
A Delaware LLC, )
                   Defendants. )

## COMPLAINT AT LAW
## COUNT I

### (DAVID K. LOWMAN V. JEFFREY C. WICK)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW

OFFICE LLC, and complaining of the Defendant, JEFFREY C. WICK, (hereinafter referred to as

"WICK"), states as follows:

1.      On or about January 13, 2006, at about 12:50 p.m., the 1700 block of Highway 136

was a public street in the Township of Prairie, County of Hancock, State of Illinois.

2.      On or about January 13, 2006, at about 12:50 p.m., the Plaintiff, DAVID K.

LOWMAN, was operating a 2004 GMC K15 traveling eastbound on Highway 136 at or near the

1700 block in the Township of Prairie, County of Hancock, State of Illinois.

3.      On or about January 13, 2006, at about 12:50 p.m., the Defendant, WICK, was

operating a 1997 GMC Van, traveling westbound on Highway 136 at or near the 1700 block in

the Township of Prairie, County of Hancock, State of Illinois.

4.      At the aforesaid time and place, the Defendant, WICK, lost control of his vehicle,

crossed over the center line of the street, and as a result struck the vehicle owned by the

Plaintiff, DAVID K. LOWMAN.

5.      At the aforesaid time and place, there was in full force and effect the following

Illinois Compiled Statutes:

Illinois Compiled Statute, 1995, 5/11-701(a):

"Upon all roadways of sufficient width a vehicle shall be driven upon the right half of the roadway."

a)    Illinois Compiled Statutes, 1995, 5/11-601(a):

"No vehicle may be driven upon any highway of this State at a speed which is greater than is reasonable and proper with regard to the traffic conditions and the use of the highway, or endangers the safety of any person or property. The fact that the speed of a vehicle does not exceed the applicable maximum speed limit does not relieve the driver from the duty to decrease speed when approaching and crossing an intersection, when approaching and going around a curve, when approaching a hill crest, when traveling upon any narrow or winding roadway, or when special hazard exists with respect to pedestrians or other traffic or by reason of weather or highway conditions. Speed must be decreased as may be necessary to avoid colliding with any person or vehicle on or entering the highway in compliance with legal requirements and the duty of all persons to use due care."

6.    At the aforesaid time and place, the Defendant, WICK, owed the Plaintiff and others lawfully on the roads a duty to operate his motor vehicle safely and to exercise ordinary care so as to not negligently cause injury those vehicles lawfully on the roadway to include the Plaintiff's herein, DAVID K. LOWMAN.

7.    In breach of his duty of care, the Defendant, WICK, was guilty of one or more of the following negligent acts and/or omissions:

(a)    operated, maintained and controlled his motor vehicle without keeping a sufficient look-out ahead for vehicles on the roadway;

(b)    operated his vehicle on the left half of the roadway, contrary to 625 ILCS 5/11-701;

(c)    operated his vehicle at an excessive speed contrary to 625 ILCS 5/11-601(a);

(d)    failed to keep his automobile under control at all times;

(e)    was otherwise careless and negligent.

8.    As a direct and proximate result of one or more of the foregoing negligent acts or omissions of the Defendant, WICK, the Plaintiff, DAVID K. LOWMAN, sustained damage to his vehicle; has expended, and will in the future expend, great sums of money to fix his vehicle.

3

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, JEFFREY C. WICK, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT II
### (DAVID K. LOWMAN V. ARAMARK SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK SERVICES, INC., (hereinafter referred to as "ARAMARK"), states as follows:

1.    On or about January 13, 2006, at about 12:50 p.m., the 1700 block of Highway 136 was a public street in the Township of Prairie, County of Hancock, State of Illinois.

2.    On or about January 13, 2006, at about 12:50 p.m., the Plaintiff, DAVID K. LOWMAN, was operating a 2004 GMC K15 traveling eastbound on Highway 136 at or near the 1700 block in the Township of Prairie, County of Hancock, State of Illinois.

3.    On or about January 13, 2006, at about 12:50 p.m., the Defendant, ARAMARK, by and through its agent and/or employee JEFFREY C. WICK, was operating a 1997 GMC Van, traveling westbound on Highway 136 at or near the 1700 block in the Township of Prairie, County of Hancock, State of Illinois.

4.    At the aforesaid time and place, the Defendant, ARAMARK, by and through its agent and/or employee, JEFFREY C. WICK, lost control of his vehicle, crossed over the center line of the street, and as a result struck the vehicle owned by the Plaintiff, DAVID K. LOWMAN.

5.    At the aforesaid time and place, there was in full force and effect the following Illinois Compiled Statutes:

Illinois Compiled Statute, 1995, 5/11-701(a):

4

"Upon all roadways of sufficient width a vehicle shall be driven upon the right half of the roadway."

a)      Illinois Compiled Statutes, 1995, 5/11-601(a):

"No vehicle may be driven upon any highway of this State at a speed which is greater than is reasonable and proper with regard to the traffic conditions and the use of the highway, or endangers the safety of any person or property. The fact that the speed of a vehicle does not exceed the applicable maximum speed limit does not relieve the driver from the duty to decrease speed when approaching and crossing an intersection, when approaching and going around a curve, when approaching a hill crest, when traveling upon any narrow or winding roadway, or when special hazard exists with respect to pedestrians or other traffic or by reason of weather or highway conditions. Speed must be decreased as may be necessary to avoid colliding with any person or vehicle on or entering the highway in compliance with legal requirements and the duty of all persons to use due care."

6.      At the aforesaid time and place, the Defendant, ARAMARK, by and through its agent and/or employee, JEFFREY C. WICK, owed the Plaintiff and others lawfully on the roads a duty to operate his motor vehicle safely and to exercise ordinary care so as to not negligently cause injury those vehicles lawfully on the roadway to include the Plaintiff's herein, DAVID K. LOWMAN.

7.      In breach of his duty of care, the Defendant, ARAMARK, by and through its agent and/or employee, JEFFREY C. WICK, was guilty of one or more of the following negligent acts and/or omissions:

(a)      operated, maintained and controlled his motor vehicle without keeping a sufficient look-out ahead for vehicles on the roadway;

(b)      operated his vehicle on the left half of the roadway, contrary to 625 ILCS 5/11-701;

(c)      operated his vehicle at an excessive speed contrary to 625 ILCS 5/11-601(a);

(d)      failed to keep his automobile under control at all times;

(e)      was otherwise careless and negligent.

8.      As a direct and proximate result of one or more of the foregoing negligent acts or

5

omissions of the Defendant, ARAMARK, by and through its agent and/or employee, JEFFREY C. WICK, the Plaintiff, DAVID K. LOWMAN, sustained damage to his vehicle; has expended, and will in the future expend, great sums of money to fix his vehicle.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, JEFFREY C. WICK, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT III

### (DAVID K. LOWMAN v. ARAMARK CLEANROOM SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK CLEANROOM SERVICES, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count III.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK CLEANROOM SERVICES, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT IV

### (DAVID K. LOWMAN v. ARAMARK CLEANROOM SERVICES, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK CLEANROOM SERVICES, LLC,

A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count IV.

WHEREFORE, the Plaintiff, CRAIG KOIS, prays for judgment against the Defendant, ARAMARK CLEANROOM SERVICES, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT V

### (DAVID K. LOWMAN v. ARAMARK CORPORATION)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK CORPORATION, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count V.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK CORPORATION, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT VI

### (DAVID K. LOWMAN v. ARAMARK DISTRIBUTION SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW

OFFICE LLC, and complaining of the Defendant, ARAMARK DISTRIBUTION SERVICES, INC, An Illinois Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count VI.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK DISTRIBUTION SERVICES, INC., An Illinois Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT VII

### (DAVID K. LOWMAN v. ARAMARK EVS, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK EVS, LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count VII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK EVS, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT VIII

### (DAVID K. LOWMAN v. ARAMARK EXECUTIVE MANAGEMENT SERVICES USA, INC.)

8

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK EXECUTIVE MANAGEMENT SERVICES USA, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1. Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count VIII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK EXECUTIVE MANAGEMENT SERVICES USA, INC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT IX

### (DAVID K. LOWMAN v. ARAMARK FACILITY SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK FACILITY SERVICES, INC., A Maryland Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1. Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count IX.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK FACILITY SERVICES, INC., A Maryland Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

9

## COUNT X

### (DAVID K. LOWMAN v. ARAMARK FACILITY SERVICES, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK FACILITY SERVICES, LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count X.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK FACILITY SERVICES, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XI

### (DAVID K. LOWMAN v. ARAMARK FHC, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK FHC, LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XI.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK FHC, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which

this Honorable Court finds fair and just.

## COUNT XII

### (DAVID K. LOWMAN v. ARAMARK FOOD SERVICES CORPORATION)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK FOOD SERVICES CORPORATION, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK FOOD SERVICES CORPORATION, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XIII

### (DAVID K. LOWMAN v. ARAMARK FOOD AND SUPPORT SERVICES GROUP, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK FOOD AND SUPPORT SERVICES GROUP, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XIII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the

11

Defendant, ARAMARK FOOD AND SUPPORT SERVICES GROUP, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XIV

### (DAVID K. LOWMAN v. ARAMARK HEALTHCARE SUPPORT SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK HEALTHCARE SUPPORT SERVICES, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XIV.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK HEALTHCARE SUPPORT SERVICES, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XV

### (DAVID K. LOWMAN v. ARAMARK HEALTHCARE SUPPORT SERVICES, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

12

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XV.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XVI

### (DAVID K. LOWMAN v. ARAMARK INDUSTRIAL SERVICES, INC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK INDUSTRIAL SERVICES, INC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XVI.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK INDUSTRIAL SERVICES, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XVII

### (DAVID K. LOWMAN v. ARAMARK SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK SERVICES, INC., A Delaware

13

Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XVII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK SERVICES, INC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XVIII

### (DAVID K. LOWMAN v. ARAMARK SERVICES MANAGEMENT OF IL., INC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK SERVICES MANAGEMENT OF IL, INC., An Illinois Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XVIII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK SERVICES MANAGEMENT OF IL., LLC, An Illinois Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XIX

### (DAVID K. LOWMAN v. ARAMARK SM MANAGEMENT SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW

OFFICE LLC, and complaining of the Defendant, ARAMARK SM MANAGEMENT SERVICES, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

     1.     Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XIX.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK SM MANAGEMENT SERVICES, INC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XX

### (DAVID K. LOWMAN v. ARAMARK UNIFORM & CAREER APPAREL, INC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

     1.     Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XX.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXI

### (DAVID K. LOWMAN v. ARAMARK UNIFORM & CAREER APPAREL, LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK UNIFORM & CAREER APPAREL, LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XXI.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK UNIFORM & CAREER APPAREL, LLC, A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

### COUNT XXII

### (DAVID K. LOWMAN v. ARAMARK UNIFORM SERVICES II, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK UNIFORM SERVICES II, INC., A Missouri Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XXII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK CLEANROOM UNIFORM SERVICES II, INC., A Missouri Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of

suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXIII

### (DAVID K. LOWMAN v. ARAMARK UNIFORM SERVICES, INC.)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK UNIFORM SERVICES, INC., A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XXIII.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK UNIFORM SERVICES, INC., A Delaware Corporation, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXIV

### (DAVID K. LOWMAN v. ARAMARK UNIFORM SERVICES (MIDWEST) LLC)

NOW COMES the Plaintiff, DAVID K. LOWMAN, by his attorneys, ANKIN LAW OFFICE LLC, and complaining of the Defendant, ARAMARK UNIFORM SERVICES (MIDWEST) LLC, A Delaware Corporation (hereinafter referred to as "ARAMARK"), states as follows:

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II as and for paragraphs 1 through 8 of Count XXIV.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, ARAMARK UNIFORM SERVICES (MIDWEST) LLC, A Delaware Corporation, in

such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his injuries, losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXV

### (DAVID K. LOWMAN v. JEFFREY C. WICK-LOSS OF CONSORTIUM)

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as and for paragraphs 1 through 8 of Count XXV.

9.      The Plaintiff, DAVID K. LOWMAN, is the lawful husband of Plaintiff, LORETTA LOWMAN, and prior to January 13, 3006, enjoyed her love, society, affection, services and all elements of their consortium.

10.      As a direct and proximate result of the aforementioned negligence of the Defendant, JEFFREY C. WICK, the Plaintiff, DAVID K. LOWMAN, lost and became deprived of the aforesaid elements of the consortium of his wife, LORETTA LOWMAN, and will continue to be deprived of it in the future.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the Defendant, JEFFREY C. WICK, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXVI

### (DAVID K. LOWMAN v. ARAMARK DEFENDANTS-LOSS OF CONSORTIUM)

1.      Plaintiff repeats and realleges paragraphs 1 through 8 of Count II through and including Count XXIV as and for paragraphs 1 through 8 of Count XXVI.

9.      The Plaintiff, DAVID K. LOWMAN, is the lawful husband of Plaintiff, LORETTA LOWMAN, and prior to January 13, 3006, enjoyed her love, society, affection, services and all elements of their consortium.

18

10.    As a direct and proximate result of the aforementioned negligence of the ARAMARK Defendants identified in Count II through and including Count XXIV, the Plaintiff, DAVID K. LOWMAN, lost and became deprived of the aforesaid elements of the consortium of his wife, LORETTA LOWMAN, and will continue to be deprived of it in the future.

WHEREFORE, the Plaintiff, DAVID K. LOWMAN, prays for judgment against the ARAMARK Defendants identified in Count II through and including Count XXIV, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for his losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXVII

### (LORETTA LOWMAN v. JEFFREY C. WICK-LOSS OF CONSORTIUM)

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count I as and for paragraphs 1 through 8 of Count XXVII.

9.    The Plaintiff, LORETTA LOWMAN, is the lawful wife of Plaintiff, DAVID K. LOWMAN, and prior to January 13, 3006, enjoyed his love, society, affection, services and all elements of their consortium.

10.    As a direct and proximate result of the aforementioned negligence of the Defendant, JEFFREY C. WICK, the Plaintiff, LORETTA LOWMAN, lost and became deprived of the aforesaid elements of the consortium of her husband, DAVID K. LOWMAN, and will continue to be deprived of it in the future.

WHEREFORE, the Plaintiff, LORETTA LOWMAN, prays for judgment against the Defendant, JEFFREY C. WICK, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for her losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

## COUNT XXVIII

19

### (LORETTA LOWMAN v. ARAMARK DEFENDANTS-LOSS OF CONSORTIUM)

1.    Plaintiff repeats and realleges paragraphs 1 through 8 of Count II through and including Count XXIV as and for paragraphs 1 through 8 of Count XXVIII.

9.    The Plaintiff, LORETTA LOWMAN, is the lawful wife of the Plaintiff, DAVID K. LOWMAN, and prior to January 13, 3006, enjoyed his love, society, affection, services and all elements of their consortium.

10.    As a direct and proximate result of the aforementioned negligence of the ARAMARK Defendants identified in Count II through and including Count XXIV, the Plaintiff, LORETTA LOWMAN, lost and became deprived of the aforesaid elements of the consortium of her husband, DAVID K. LOWMAN, and will continue to be deprived of it in the future.

WHEREFORE, the Plaintiff, LORETTA LOWMAN, prays for judgment against the ARAMARK Defendants identified in Count II through and including Count XXIV, in such an amount within this Court's jurisdictional limits as will fairly and adequately compensate the Plaintiff for her losses and damages as herein above alleged, costs of suit, and any further relief which this Honorable Court finds fair and just.

Attorney for Plaintiffs

#35193
ANKIN LAW OFFICE LLC
162 W. Grand Avenue
Chicago, Illinois 60610
312/346-8780

20

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DAVID K. LOWMAN and, )
LORETTA LOWMAN )
          Plaintiffs, )
                        ) No:
vs. )
                        )
ARAMARK SERVICES, INC., A )
Delaware Corporation; ARAMARK )
AMERICAN FOOD SERVICES, INC., )
An Ohio Corporation; ARAMARK )
DISTRIBUTION SERVICES, INC., An )
Illinois Corporation, ARAMARK CAMPUS, )
INC., A Delaware Corporation, ARAMARK )
REFRESHMENT SERVICES, INC., A )
Delaware Corporation, ARAMARK FOOD )
AND SUPPORT SERVICES GROUP, INC, )
A Delaware Corporation, ARAMARK )
FACILITY SERVICES, INC., and LOYOLA )
UNIVERSITY OF CHICAGO, An Illinois )
Not-For Profit Corporation, )
          Defendants. )

### RULE 222(B) AFFIDAVIT

    I, TELLY J. LIAPIS, being first duly sworn on oath, depose and state that the

amount of damages sought in the above-captioned cause of action exceeds $50,000.00 for the

Plaintiffs.

                        BY: _____
                              TELLY J. LIAPIS
                           Attorney for the Plaintiff

SUBSCRIBED AND SWORN to before
me this ___ day of _____, 2008.

_____
NOTARY PUBLIC
#35193
ANKIN LAW OFFICES
200 North LaSalle, Suite 1810
Chicago, IL 60601
312/346-8780

21