**08 C 867**

# Exhibit 2
# Cook County Circuit Court Docket

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242



*Dorothy Brown*
# Clerk of the Circuit Court
*Cook County*

Case Information Summary for Case Number
2008-L-000340

Filing Date: 1/11/2008
Division: Law Division
Ad Damnum: $50001.00

Case Type: PERSONAL INJURY(MOTOR VEHICLE)
District: First Municipal
Calendar: E

## Party Information

**Plaintiff(s)**

LOWMAN DAVID K

**Attorney(s)**

ANKIN HOWARD H ATTY AT LA

162 W GRAND AVENUE

CHICAGO IL, 60610

(312) 346-8780

LOWMAN LORETTA

**Date of Service**

**Defendant(s)**

ARAMARK CLEANROOM SERVI

ARAMARK CORPORATION

ARAMARK DISTRIBUTION

ARAMARK EVS LLC

ARAMARK EXECUTIVE MANAG

ARAMARK FACILITY

**Attorney(s)**

SERVIC

ARAMARK FHC LLC_____

ARAMARK FOOD SERVICE CO

ARAMARK FOOD SUPPORT SE

ARAMARK HEALTH CARE SUP

ARAMARK INDUSTRIAL SERV

ARAMARK SERVICE MANAGEM

ARAMARK SERVICES INC

ARAMARK SM MANAGEMENT S

ARAMARK UNIFORM CAREER

ARAMARK UNIFORM SERVICE

WICK JEFFREY C

## Case Activity

Activity Date: 1/11/2008                                    Participant: LOWMAN DAVID K

PERSONAL INJURY (MOTOR VEHICLE) COMPLAINT FILED

Court Fee: 294.00                                    Attorney: ANKIN HOWARD H ATTY AT LA
Judgment Amount: 50001.00

Activity Date: 1/30/2008                                    Participant: LOWMAN DAVID K

CASE MANAGEMENT CALL NOTICE MAILED

Court Date: 5/8/2008
Court Time: 1000

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page