**08 C 867**

# Exhibit 3
# Affidavit of
# V.P. dePillis

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

IN THE UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DAVID K. LOWMAN and LORETTA LOWMAN,<br><br>      Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, et al.,<br><br>      Defendant. | No. |

### AFFIDAVIT

I, V. P. dePillis duly sworn, would testify to the following if called upon to do so at trial:

1. I am Assistant General Counsel in the ARAMARK Legal Department.

2. I am generally familiar with the corporate structure of ARAMARK as the structure existed in January, 2006.

3. I have read plaintiffs' complaint and am familiar with the facts alleged in the complaint.

4. Based upon the facts alleged in plaintiffs' complaint, the only proper ARAMARK entity is ARAMARK Uniform & Career Apparel, LLC.

5. Jeffrey C. Wick was employed by ARAMARK Uniform & Career Apparel, LLC as of January 13, 2006.

6. None of the other ARAMARK entities listed in plaintiffs' complaint have any relation to Jeffrey C. Wick or to the facts as alleged in the complaint.

**FURTHER AFFIANT SAYETH NOT**

_____
V.P. dePillis