08 C 867

JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

# Exhibit 4 Correspondence to Telly J. Liapis outlining agreement

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

Neil K. Quinn
Edward H. Nielsen
Robert Marc Chemers
Lewis M. Schneider
Timothy A. Weaver
Richard M. Waris
Brian T. Henry
Edward B. Ruff III
John J. Walsh III
John V. Smith II
Alan J. Schumacher
Charles F. Redden
Stephen C. Veltman
Matthew J. Egan
Daniel B. Mills
Brian C. Rocca
Donald J. O'Meara, Jr.
David M. Bennett
Miguel A. Ruiz
Michael A. Clarke
James A. LaBarge
Patrick F. Healy
Scott L. Howie
Steven W. Ryan
D. Scott Rendleman
Suzanne M. Crowley
James J. Sipchen
Brian C. Sundheim
Christine J. Iversen
David S.Osborne
Howard J. Pikel
Amy J. Thompson
Belle L. Katubig
Brendan J. Nelligan
Michael P. Turiello
Alan S. Zelkowitz
William W. Elinski
Marcie L. Hefler
Rick Kenyon
Thomas A. Lang II

Richard J. Siebert
Matthew J. Ligda
Rena A. Ballard
Darryl L. Awick
Kim Mathers Heffernan
Priya K. Jesani
Scott L. Anderson
Edward J. Aucoin, Jr.
Kathryn A. Smetana
Robert E. Sidkey
Christopher C. Cassidy
Caitlin M. O'Connor
Cynthia H. Alkhouja
John J. Beribak
Lisa M. Moore
Thomas J. Olson
John C. Pirra
Matthew F. Tibble
Mary H. Cronin
Maura C. Furey
James M. McAskin
Heather E. Plunkett
Donald Patrick Eckler
Sara J. Boyd
Crystal Y. Lee
Sarah E. Dale
Paul A. Ruscheinski
Amit R. Trivedi
Jesse P. Hyde
Natalia M. Delgado
Thomas E. Daugherty

*of Counsel*
Ralph E. Stouffer, Jr.
Paula M. Besler

LAW OFFICES

***PRETZEL & STOUFFER*** **Chartered**

ONE SOUTH WACKER DRIVE • SUITE 2500 • CHICAGO, ILLINOIS 60606-4673 • 312-346-1973
FAX NUMBER 312-346-8242
www.pretzel-stouffer.com

February 8, 2008

AUTHOR'S DIRECT DIAL
(312) 578-7431
Kheffernan@pretzel-stouffer.com

PLEASE REFER TO OUR FILE NUMBER
0241.060589(110/542)

Mr. Telly J. Liapis
ANKIN Law Offices
200 N. LaSalle, Suite 1810
Chicago, IL 60601

***RE: Lowman v. ARAMARK***

Dear Mr. Liapis:

This will confirm our agreement that you will amend the complaint to dismiss all the ARAMARK corporate entities named in the complaint except for ARAMARK Uniform and Career Apparel, LLC, a Delaware LLC, and we will appear and waive service on behalf of ARAMARK Uniform and Career Apparel, LLC, a Delaware LLC.

I look forward to working with you on this matter. If you have any questions, please feel free to contact me.

Very truly yours,

**PRETZEL & STOUFFER, CHARTERED**

By: Kim Mathers Heffernan
Kim Mathers Heffernan