**08 C 867**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

# Exhibit 5
# Westlaw Search

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

Westlaw.

```
PEOPLE FINDER - HISTORIC TRACKER RECORD
```

| | |
|---|---|
| **Information Current Through:** | 01-31-2008 |
| **Database Last Updated:** | 02-07-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/08/2008 |
| **Source:** | TRANS UNION |

**INDIVIDUAL INFORMATION**

| | |
|---|---|
| **Name:** | LOWMAN, DAVID K |
| **Also Known As:** | LOWMAN, DAVID |
| | LOWMAN, D |
| **SSN:** | 329-72-XXXX |
| **Date of Birth:** | 12/1966 |
| **On File Since:** | 09/01/1989 |
| **Phone Number 1:** | 847-2502 |
| **Phone Number 2:** | 217-847-2502 |

**CURRENT ADDRESS INFORMATION**

| | |
|---|---|
| **Current Address:** | 842 WALNUT ST |
| | HAMILTON, IL 62341-1458 |
| **Address Last Reported:** | 08/01/1994 |

**PREVIOUS OR ADDITIONAL ADDRESS INFORMATION**

| | |
|---|---|
| **Previous Address:** | 210 S 10TH ST |
| | HAMILTON, IL 62341-1523 |
| **Address Last Reported:** | 09/01/1992 |

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.

Westlaw.

```
PEOPLE FINDER - HISTORIC TRACKER RECORD
```

| | |
|---|---|
| **Information Current Through:** | 01-31-2008 |
| **Database Last Updated:** | 02-07-2008 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 02/08/2008 |
| **Source:** | TRANS UNION |

### INDIVIDUAL INFORMATION

| | |
|---|---|
| **Name:** | **LOWMAN, LORETTA L** |
| **Also Known As:** | **LOWMAN, LORETTA** |
| | **LOWMAN, L** |
| **SSN:** | 485-04-XXXX |
| **Date of Birth:** | 11/1967 |
| **On File Since:** | 09/01/1993 |
| **Phone Number 1:** | 847-2502 |
| **Phone Number 2:** | 217-847-2502 |

### CURRENT ADDRESS INFORMATION

| | |
|---|---|
| **Current Address:** | 842 WALNUT ST |
| | HAMILTON, IL 62341-1458 |
| **Address Last Reported:** | 08/01/1994 |

### PREVIOUS OR ADDITIONAL ADDRESS INFORMATION

| | |
|---|---|
| **Previous Address:** | 1660 BROADWAY ST |
| | HAMILTON, IL 62341-1739 |
| **Address Last Reported:** | 11/13/2000 |

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.