**08 C 867**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

# Exhibit 6
# Request to Admit and Proof of Service

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DAVID K. LOWMAN and LORETTA LOWMAN, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, et al., | ) ) ) ) ) |
| Defendant. | ) |

### DEFENDANT'S REQUEST TO ADMIT

NOW COMES, the defendant, ARAMARK UNIFORM & CAREER APPAREL, LLC, by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby propounds the following Request To Admit to be answered within the time prescribed by the Federal Rules of Civil Procedure:

1. Admit that David K. Lowman and Loretta Lowman are residents of the state of Illinois.

2. Admit that you contend that the amount in controversy exceeds $75,000 exclusive of interests and costs.

Respectfully submitted,
PRETZEL & STOUFFER, CHARTERED

_____
Kim Mathers Heffernan

Edward Nielsen
Kim Mathers Heffernan
*Pretzel & Stouffer, Chartered*
Attorneys for the Defendant
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312-346-1973

## PROOF OF SERVICE

The undersigned, being duly sworn upon oath, state that all parties of record have been provided a copy of Defendant's Request to Admit via facsimile and two day UPS which was deposited in the UPS Drop Box at One South Wacker, Chicago, Illinois, 60606, before 8:00 p.m., on or before the 8th day of February, 2008.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she/he verily believes the same to be true.

```
                    *********************
                    *** FAX TX REPORT ***
                    *********************

                    TRANSMISSION OK

        JOB NO.                    1500
        DESTINATION ADDRESS        93468781
        PSWD/SUBADDRESS
        DESTINATION ID
        ST. TIME                   02/08 17:11
        USAGE T                    00'29
        PGS.                       1
        RESULT                     OK
```

## IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DAVID K. LOWMAN and LORETTA LOWMAN, </br></br>Plaintiff,</br></br>v.</br></br>ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, et al.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>)  No.</br>)</br>)</br>)</br>)</br>)</br>) |

### DEFENDANT'S REQUEST TO ADMIT

NOW COMES, the defendant, ARAMARK UNIFORM & CAREER APPAREL, LLC, by and through its attorneys, PRETZEL & STOUFFER, CHARTERED, and hereby propounds the following Request To Admit to be answered within the time prescribed by the Federal Rules of Civil Procedure:

1. Admit that David K. Lowman and Loretta Lowman are residents of the state of Illinois.

2. Admit that you contend that the amount in controversy exceeds $75,000 exclusive of interests and costs.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

*Kim Mathers Heffernan*

Kim Mathers Heffernan

Edward Nielsen
Kim Mathers Heffernan

**UPS CampusShip: View/Print Label**

1. **Print the label(s):** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are accepted at Drop Boxes.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

