YM

FILED
FEBRUARY 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 867

# ATTESTATION

JUDGE KENNELLY
MAGISTRATE JUDGE VALDEZ

Edward H. Nielsen (No.0252296)
Enielsen@pretzel-stouffer.com
Kim Mathers Heffernan (No.6209445)
Kheffernan@pretzel-stouffer.com
Pretzel & Stouffer, Chtd.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tele: (312) 346-1973
Fax: (312) 346-8242

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| DAVID K. LOWMAN and LORETTA LOWMAN, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK UNIFORM & CAREER APPAREL, LLC, a Delaware limited liability corporation, et al., <br><br> Defendant. | ) ) ) ) ) ) ) No. ) ) ) ) ) ) ) |

## ATTESTATION

Kim M. Heffernan, being first duly sworn on oath, deposes and states as follows:

1.  She is one of the attorney for the defendant/petitioner, ARAMARK Uniform & Career Apparel LLC ("ARAMARK"), incorrectly sued herein as ARAMARK CLEANROOM SERVICES, INC., A Delaware Corporation; ARAMARK CLEANROOM SERVICES, LLC, A Delaware LLC, ARAMARK CORPORATION, A Delaware Corporation, ARAMARK DISTRIBUTION SERVICES, INC., An Illinois Corporation; ARAMARK EVS, LLC, A Delaware LLC; ARAMARK EXECUTIVE MANAGEMENT SERVICES USA, INC., A Delaware Corporation; ARAMARK FACILITY SERVICES, INC., A Maryland Corporation; ARAMARK FACILITY SERVICES, LLC, A Delaware LLC; ARAMARK FHC, LLC, A Delaware LLC; ARAMARK FOOD SERVICE CORPORATION, A Delaware Corporation, ARAMARK FOOD AND SUPPORT SERVICES GROUP, INC., A Delaware Corporation; ARAMARK HEALTHCARE SUPPORT SERVICES, INC., A Delaware Corporation; ARAMARK HEALTHCARE SUPPORT SERVICES, LLC, A Delaware LLC; ARAMARK INDUSTRIAL SERVICES INC., A Delaware Corporation; ARAMARK CORPORATION, A Delaware Corporation; ARAMARK SERVICES MANAGEMENT OF IL, INC., An Illinois Corporation; ARAMARK SM MANAGEMENT SERVICES, INC., A Delaware

Corporation; ARAMARK UNIFORM & CAREER APPAREL, INC., A Delaware Corporation; and ARAMARK UNIFORM & CAREER APPAREL, LLC, A Delaware LLC ;

2. She has prepared and read the Notice of Removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the Notice of Removal are true and correct to the best of her knowledge.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED,

BY: *[signature]*
Kim M. Heffernan

Signed and sworn to before me this 8th day of February, 2008.

*[signature]*
Notary Public

"OFFICIAL SEAL"
Jennifer R. Slattery
Notary Public, State of Illinois
My Commission Expires Dec. 13, 2009