## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 867 | **DATE** | 2/12/2008 |
| **CASE TITLE** | Lowman, et al. vs. Wick, et al. | | |

**DOCKET ENTRY TEXT**

On the Court's own motion, and for the reasons stated below, this case is remanded to the Circuit Court of Cook County, Illinois.

■[ For further details see text below.]                                    Docketing to mail notices.

---

### STATEMENT

The Court remands this case on its own motion because the notice of removal fails to establish federal jurisdiction. The complaint names some twenty defendants, about half "limited liability companies" and about half corporations. Defendants say plaintiff's counsel agreed to dismiss all but two defendants - one of the entities and an individual, but there is no indication this was actually done. Despite this, defendants provide citizenship information about only those two defendants as well as the plaintiffs. Even then, the information is deficient. First, it identifies only the "residency," not the citizenship, of the plaintiffs and the individual defendant, which is insufficient. *See Steigleder v. McQuesten*, 198 U.S. 141, 143 (1905); *Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000). Second, it does not include the principal place of business of the corporation that is the sole member of the one defendant LLC whose citizenship information is provided. And there is the overarching problem, noted earlier, that based on the papers filed with the Court, the other eighteen or so defendants are still part of the case, and their citizenship has not been described at all. Finally, the individual defendant has not joined in the removal (though, in fairness, it is unclear whether he has yet been served with process). For these reasons, federal jurisdiction appears to be lacking, and the Court therefore remands the case to the Circuit Court of Cook County.

| | Courtroom Deputy Initials: | |
|---|---|---|